UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA


Ruth Elizabeth Fabritius,

      Plaintiff,

v.                                                                **ORDER**
                                                                  Civil No. 98-882 ADM/JGL

William Jefferson Clinton, et al,

      Defendants.

_____

Ruth Elizabeth Fabritius, pro se.

_____


      Before the Court is Plaintiff's Petition to Re-Open Case [Docket No. 21]. On March 9, 1998, Plaintiff filed a Complaint [Docket No. 1] against President Clinton and other unknown defendants. On March 10, 1998, Magistrate Judge Jonathan G. Lebedoff issued a Report and Recommendation ("R&R") [Docket No. 3] dismissing the Complaint pursuant to 28 U.S.C. 1915(e)(2)(B)(ii). The R&R was affirmed by the undersigned United States District Judge on April 27, 1998 [Docket No. 11].

      In support of her Petition, Plaintiff has submitted twelve folders of exhibits [Docket No. 23]. After reviewing the voluminous documentation provided by Plaintiff, consisting largely of diary entries, recipes and cookbooks, the Court finds no legally cognizable reason to re-open

Plaintiff's case and therefore **IT IS HEREBY ORDERED** that Plaintiff's Petition [Docket No. 21] is **DENIED.**

                                                                           BY THE COURT:

                                                            s/Ann D. Montgomery  
                                                  ANN D. MONTGOMERY  
                                                 U.S. DISTRICT JUDGE

Dated:  June 23, 2005.